No. 364, Misc. JONES v. COMSTOCK, SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Daniel J. Kremer,* Deputy Attorney General, for respondents.

No. 387, Misc. LYNOTT v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 594, Misc. BURNETT v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Lloyd A. Barbee* for petitioner. *Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz* and *Betty R. Brown,* Assistant Attorneys General, for respondent.

No. 603, Misc. BROWN v. FLORIDA. Sup. Ct. Fla. Certiorari denied. *John D. Buchanan, Jr.,* and *Joseph C. Jacobs* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 701, Misc. BENNETT v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon Polsky* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 712, Misc. BULLARD v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Daniel H. Pollitt* for petitioner. *T. W. Bruton,* Attorney General of North Carolina, for respondent.